UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLIFTON TAYLOR,

              Plaintiff,

- against -

MACY'S RETAIL HOLDINGS INC.,

              Defendant.

---

24-cv-5001 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendants to answer was August 5, 2024. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **August 19, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **August 12, 2024**.

SO ORDERED.

Dated:    New York, New York
            August 9, 2024

                                          John G. Koeltl
                                       United States District Judge