```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

CLIFTON TAYLOR,

              Plaintiff,          24-cv-5001 (JGK)

    - against -              ORDER

MACY'S RETAIL HOLDINGS INC.,

              Defendant.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **September 4, 2024.**

**SO ORDERED.**

Dated:    New York, New York
           August 20, 2024

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                  United States District Judge