UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLIFTON TAYLOR,
                Plaintiff(s)

                24 civ 5001 (JGK)

    -against-

MACY'S RETAIL HOLDINGS,
                Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been entered on September 5, 2024,

The conference scheduled for November 4, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                              JOHN G. KOELTL
                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 21, 2024